UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>GUSTAVESON, et al.,<br><br>　　　　　Defendants. | 1:20-cv-01315-JLT-GSA-PC<br><br>**ORDER FOR DEFENDANT TO INFORM THE COURT WHY HE FAILED TO COMPLY WITH THE COURT'S JUNE 30, 2023 ORDER**<br><br>**(ECF No. 22.)**<br><br>**DEADLINE: <u>SEPTEMBER 15, 2023</u>** |

　　　　John Reyna ("Plaintiff") is a Kings County Jail inmate proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds with the original Complaint filed by Plaintiff on September 14, 2020, against defendant Dr. Gustaveson ("Defendant") for failure to provide adequate medical care.  (ECF No. 1.)

　　　　On June 30, 2023, the Court issued an order requiring the parties to respond to the Court by July 28, 2023, indicating whether they believe a settlement conference in this case would be beneficial.  (ECF No. 22.)  On August 3, 2023, Plaintiff responded that he does not believe a settlement conference would be productive at this time, requesting the Court to set the case for trial.  (ECF No. 23.)

1

The deadline for the parties to respond to the Court's June 30, 2023 order has expired and Defendant has not filed a response. The Court shall require Defendant to inform the Court why he failed to comply with the Court's June 30, 2023 order.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that Defendant shall file a written response to this order **on or before September 15, 2023**, informing the Court why defendant failed to comply with the Court's June 30, 2023 order.

IT IS SO ORDERED.

Dated:   **August 22, 2023**              **/s/ Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE