**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JOHN REYNA
        Plaintiff,                      No. 1:20-cv-01315 JLT GSA (PC)
   v.
                                  **ORDER & WRIT OF HABEAS CORPUS**
                                  **AD TESTIFICANDUM**
DR. GUSTAVESON, et al.,
        Defendants.
_____/

      Plaintiff John Reyna, inmate no. 1008117, is necessary and material in proceedings in this case on March 11, 2024, is confined in Kings County Jail - Hanford, in the custody of Sheriff David Robinson.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Jennifer L. Thurston, to appear by Zoom video conference from his place of confinement, on March 11, 2024, at 1:30 p.m.

      Accordingly, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Sheriff to produce the inmate named above by Zoom video conference, to participate in court proceedings at the time and place above, until completion or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

      3.  The Clerk of Court is directed to serve a copy of this order via fax on the Litigation Office at Kings County Jail - Hanford at (559) 587-2607 or via e-mail at sheriffbooking@co.kings.ca.us, and

      4.  Any difficulties connecting to the Zoom video conference shall immediately be reported to Irma Munoz, Courtroom Deputy, at imunoz@caed.uscourts.gov.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Sheriff of Kings County Jail – Hanford located at 1550 Kings County Drive, Hanford, California 93230:**

      **WE COMMAND** you to produce the inmate named above to testify via Zoom video conference before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **January 25, 2024**                    **/s/ Gary S. Austin**
                                                                   UNITED STATES MAGISTRATE JUDGE