UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. GUSTAVESON, et al.,<br><br>　　　　Defendants. | No.  1:20-cv-01315-JLT-GSA (PC)<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

　　　　On May 7, 2024, a settlement conference was held and the parties reached a settlement agreement.

　　　　Accordingly, it is HEREBY ORDERED that:

　　　　1.　　All pending deadlines are VACATED; and

　　　　2.　　The parties shall file dispositional documents within forty-five (45) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**May 7, 2024**　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1