UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. GUSTAVESON, et al.,<br><br>　　　　　Defendants. | No. 1:20-cv-01315 JLT GSA (PC)<br><br>ORDER DIRECTING DEFENSE COUNSEL J.M. VARANINI TO INFORM COURT OF STATUS OF FILING OF DISPOSITIVE DOCUMENTS<br><br>(<u>See</u> ECF No. 54)<br><br>DECLARATION OF ATTORNEY J.M. VARANINI OR, IN THE ALTERNATIVE, THE FILING OF DISPOSITIVE DOCUMENTS BY THE PARTIES DUE **JULY 22, 2024** |

　　　　Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On May 7, 2024, the parties participated in a settlement conference before a different magistrate judge. <u>See</u> ECF No. 54 (minute order). At that time, the parties agreed on the record to settle this matter, and the Court informed the parties that dispositive documents were be filed within forty-five days. <u>Id.</u>

　　　　More than forty-five days have now passed and no dispositive documents have been filed, nor have the parties requested an extension of time to do so.

1

1     This case cannot be officially closed until the parties' dispositive documents are filed. Given that: (1) Plaintiff is incarcerated and thus has, in all likelihood, access to fewer resources than Defendant, and (2) typically, defense counsel drafts dispositive documents for an incarcerated plaintiff's review and signature and then files them with the Court, counsel for Defendant, J.M. Varanini, will be ordered to file an update with the Court regarding the status of the parties' filing of the dispositive documents. The update shall be in the form of a sworn declaration, and it shall provide a reasonable date by which counsel believes the documents can be filed with the Court. In the alternative, the dispositive documents themselves may be submitted. Defense counsel will be given seven days to take either of these two courses of action.

Accordingly, IT IS HEREBY ORDERED that:

1. Attorney J.M. Varanini, who is counsel for Defendant, shall file an update on the status of the dispositive documents that the parties were ordered to submit on May 7, 2024. See ECF No. 54;

2. The status update shall be in the form of a sworn declaration, and it shall provide a reasonable date by which counsel believes the documents can be filed with the Court;

3. In the alternative, the dispositive documents themselves may be filed with the Court, and

4. Counsel Varanini shall have seven days – **i.e., until July 22, 2024**, – to take either of the above courses of action.

IT IS SO ORDERED.

Dated:   **July 13, 2024**         /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE

2