UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REYNA, | No. 1:20-cv-01315 JLT GSA (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIVE DOCUMENTS |
| v. | |
| DR. GUSTAVESON, et al., | (ECF No. 56 at 2) |
| Defendants. | PARTIES TO FILE DISPOSITIVE DOCUMENTS BY **AUGUST 5, 2024** |

On July 15, 2024, counsel for Defendant, J.M. Varanini was ordered to file an update on the status of the dispositive documents that the parties were to have submitted by May 7, 2024. ECF No. 55. Counsel has filed a response. See ECF No. 56.

In the response, Attorney Varanini ultimately declares that the delay in filing the final request for dismissal in this case has been due to difficulty in obtaining an acceptable mailing address for the requisite W-9 form that Plaintiff must complete. Id. Counsel states that this issue has finally been resolved and that he should receive and be able to send Plaintiff the settlement check by July 26, 2024. ECF No. 56 at 2. Because counsel anticipates that it will take several days for Plaintiff to receive the check, he seeks the Court's permission to extend the request for dismissal date to August 5, 2024. Id. Good cause appearing, the request for an extension of time will be granted.

1

1 | Accordingly, IT IS HEREBY ORDERED that:

2 | 1. Defendant's request for an extension of time to file the dispositive documents in this
3 | case (ECF No. 56 at 2) is GRANTED, and
4 | 2. The dispositive documents in this case shall be filed no later than **August 5, 2024**.

IT IS SO ORDERED.

Dated:  **July 19, 2024**                    **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2