1
2
3
4
5
6
7
8                  UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  JOHN REYNA,                              No.  1:20-cv-01315 JLT GSA (PC)

12              Plaintiff,                    ORDER ACKNOWLEDGING PARTIES'
                                             JOINT STIPULATION TO VOLUNTARILY
13        v.                                 DISMISS MATTER

14  DR. GUSTAVESON, et al.,                  (ECF No. 59); Fed. R. Civ. P. 41(a)(1)(A)(ii)

15              Defendants.                   ORDER DIRECTING CLERK OF COURT TO
                                             CLOSE CASE
16

17
        On May 7, 2024, the parties settled this matter, and they were ordered to file dispositive
18
documents with the Court within forty-five days.  ECF No. 54.  After being granted an extension
19
of time to file dispositive documents (see ECF No. 58), the Parties have now filed with the Court
20
a document titled "Stipulation For Dismissal and (Proposed) Order." (see ECF No. 59).  It is
21
signed by both Plaintiff and Counsel for Defendant, Jerome Varanini.
22
        Accordingly, IT IS HEREBY ORDERED that:
23
        1.   The Court ACKNOWLEDGES the parties' filing of their joint stipulation which
24
requests that this matter be DISMISSED with prejudice (see ECF No. 59);
25
        2.   Consistent with it, and with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this
26
matter is VOLUNTARILY DISMISSED with prejudice, and
27
28
                                            1

1   3. The Clerk of Court is directed to CLOSE this case.

2

3

4 IT IS SO ORDERED.

5  Dated:  __**August 8, 2024**__     __**/s/ Gary S. Austin**__

6                UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28